# EXHIBIT "A"

USDC IN/ND case 3:06-cv-00616-TLS   document 1-2   filed 09/28/06   page 2 of 14

# LAPORTE COUNTY INDIANA

## 2005 Plat Book
County Highway Map
Township Maps
City Street Maps
Index of Landowners



LaPorte County Courthouse   La Porte, Ind.



PUBLICATION

8th Edition

**$20.00**

# COUNTY-WIDE PROPERTIES LLC

Betty Daniel-Lanie, Broker Owner
Lisa Daniel-King, Broker Co-Owner

**(219) 324-6600**

121 Pine Lake Avenue • LaPorte, IN 46350 • Fax: (219) 325-9928
www.county-wideproperties.com



## Zahl's Elevator & Feed Mill

GRAINS • FEED
SEEDS • FERTILIZER



**(574) 654-3625**

P.O. BOX 66
New Carlisle, IN 46552


PIONEER.
BRAND·PRODUCTS

## TABLE OF CONTENTS
## LAPORTE COUNTY

| | |
|---|---|
| Classified Business Directory | 3, 5 |
| Copyright | 31 |
| County Highway Map | 6-7 |
| Diagram of Townships | 88 |
| Index of Owners | 68-87 |
| Indiana State Parks | 39 |
| LaPorte Statistics | 22 |
| LaPorte Street Index | 10-11 |
| Legend for Township Maps | 21 |
| Message from Our Company | 63 |
| Michigan City Statistics | 23 |
| Michigan City Street Index | 14-15 |
| School Buildings & Points of Interest | 9 |
| Section Analysis | 21 |

### CITY STREET MAPS

| | | | |
|---|---|---|---|
| Kingsbury | 19 | Saugany Lake | 20 |
| Kingsford Hts | 20 | Stillwell | 19 |
| LaCrosse | 18 | Union Mills | 19 |
| LaPorte | 8-11 | Wanatah | 16 |
| Michigan City | 12-15 | Wellsboro | 19 |
| Rolling Prairie | 18 | Westville | 17 |

### TOWNSHIP MAPS

| | | | |
|---|---|---|---|
| Cass | 24-25 | Lincoln | 44-45 |
| Center | 26-27 | Michigan | 46-47 |
| Clinton | 28-29 | New Durham | 48-49 |
| Coolspring | 30-33 | Noble | 50-51 |
| Dewey | 34-35 | Pleasant | 52-53 |
| Galena | 36-37 | Prairie | 54-55 |
| Hanna | 38-39 | Scipio | 56-57 |
| Hudson | 40 | Springfield | 58-61 |
| Johnson | 41 | Union | 62-63 |
| Kankakee | 42-43 | Washington | 64-65 |
| | Wills | 66-67 | |



Ronald H. Nowak, CRS/GRI
Certified Residential Appraiser


REAL ESTATE

Residential • Commercial
Farm Lands • Appraisals

**(219) 362-3036**

Fax (219) 325-3267
1306 Lincolnway West
LaPorte, Indiana 46350

# SAYLOR LAND SURVEYING

### JOHN T. SAYLOR, Registered Land Surveyor
Land Surveying • Construction Layout
G.P.S./GEODETIC SURVEYING

**(219) 369-9949**

9038 East 50 North • Mill Creek, IN 46365 • Fax: (219) 369-9949

1

# COOLSPRING
## NORTH PART
## TOWNSHIP 37 N.  RANGE 4 W.





Purdue University
Cooperative Extension Service
2358 N. US Hwy 35
LaPorte, Indiana 46350

LaPorte • 219-324-9407
Michigan City • 219-873-7014
Wanatah • 219-733-2984
Walkerton • 574-586-7676
New Carlisle • 574-654-3441

Fax: 219-326-7362



## NOTICE

The contents of this plat book are protected by the copyright. No part of this plat book may be reproduced, stored in a retrieval system, transmitted in any form or by any means, or otherwise circulated in any form, binding or cover, other than the form, binding and cover in which it was published, without the prior written permission from Athentic, Inc. Violators will be subject to prosecution to the full extent of the law. However limited licenses or permission may be available by contacting our offices in LaPorte, Indiana.

ATHENTIC, INC. • 702 Ohio Street • P.O. • Box 1663 • LaPorte, Indiana 46350 • 219/362-8508

# EXHIBIT "B"

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 537-378

VA / VAU

EFFECTIVE DATE OF REGISTRATION

MARCH 23 1992
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
COUNTY PLAT BOOK - LA PORTE, COUNTY, INDIANA

NATURE OF THIS WORK ▼ See instructions

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2a** NAME OF AUTHOR ▼
ATHENTIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☒ Map               ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**2b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   Year in all cases.
1992

**3b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 21   Year ▶ 1992
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ATHENTIC, INC.
702 OHIO ST.
P. O. BOX 1663   LA PORTE, IN 46350

APPLICATION RECEIVED
NOV. 12, 1992
ONE DEPOSIT RECEIVED
NOV. 12, 1992   Mar 23 9
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# EXHIBIT "C"

USDC IN/ND case 3:06-cv-00616-TLS   document 1-2   filed 09/28/06   page 9 of 14

# LAKE COUNTY

## INDIANA

# 2005 Plat Book

County Highway Map
Township Maps
City Street Maps
Index of Landowners



*Lake County Courthouse   Crown Point, Indiana*
*1880-1974*



ATHENTIC INC.

PUBLICATION

8th Edition

# $20.00

# *Wille and Stiener Associates*



## "THE LAND SPECIALISTS"

707 North Main • Crown Point, Indiana 46307 • 219-663-2990

www.willeandstiener.com

---

### Century 21
**Destiny Realty, Inc.**
*"We're Destined to be Your Realtor"*



**Nancy Frigo**
Broker/Owner

116 West Commercial Ave. • Lowell, IN
Visit us on the web
www.c21destiny.com
e-mail: nancyfrigo@xvi-net

219/696-1000
1-888/576-2100

 

Each Office Independently Owned and Operated

---

## TABLE OF CONTENTS
# LAKE COUNTY

Classified Business Directory ...................... 3
Copyright ............................................... 20
County Highway Map ............................. 4-5
Diagram of Townships ............................. 64
Index of Owners .................................. 44-60
Indiana State Parks ................................... 63
Legend for Township Maps ..................... 17
Message from Our Company ...................... 4
Section Analysis ..................................... 64
State of Indiana, Counties & County Seats .. 61

### CITY STREET MAPS
Cedar Lake ....... 14     Merrillville ......... 16
Crown Point......... 6     Munster ............ 13
Dyer..................... 8     New Chicago ....... 9
Griffith................ 15     New Elliott ........... 8
Highland ............ 12     St. John ............. 10
Hobart ................. 9     Schererville ......... 8
Lowell ................ 11     Schneider .......... 14

### TOWNSHIP MAPS
Calumet ........ 18-21     Hobart ........... 32-33
Cedar Creek . 22-23     North ............. 34-35
Center .......... 24-27     Ross ............. 36-37
Eagle Creek . 28-29     St. John ......... 38-39
Hanover ........ 30-31     West Creek ... 40-42
Winfield ............. 43

---



**Indiana Farmers**
MUTUAL INSURANCE GROUP

## Osburn Insurance Agency, Inc.

(219) 696-7708

Farm – Home—Auto-Business

322 East Commercial Ave.
Lowell, Indiana 46356
fax (219) 696-3127

---



## Plumb Tuckett & Associates

**SURVEYORS • ENGINEERS • ARCHITECTS**
64 West 67th Place, Merrillville, IN 46410
(219) 736-0555 • FAX (219) 769-0178

- *Surveyor Location Reports*
  *(Mortgage Inspections)*
- *Construction Layouts*
- *ALTA Surveys*
- *RTK G.P.S. Surveys*
- *Boundary Surveys*
- *Subdivision Design*
- *Legal Descriptions*

www.plumbtuckett.com
info@plumbtuckett.com
*VISA – MASTERCARD*

1

# NORTH
## NORTH PART
### TOWNSHIP 37-38 N. RANGE 9-10 W.



USDC IN/ND case 3:06-cv-00616-TLS document 1-2 filed 09/28/06 page 12 of 14

# NORTH
## SOUTH PART
## TOWNSHIP 36 N. RANGE 9-10 W.

# EXHIBIT "D"

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 537-377**

VA / VAU

EFFECTIVE DATE OF REGISTRATION

**March 23 1992**
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

COUNTY PLAT BOOK  - LAKE COUNTY, INDIANA

NATURE OF THIS WORK ▼ See instructions

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

---

**2 a** NAME OF AUTHOR ▼

ATHENTIC, INC.

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.


**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☒ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
**1992** ◀ Year  in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 17   Year ▶ 92
◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ATHENTIC, INC.
P. O. BOX 1663     702 OHIO ST
LA PORTE, IN 46350

APPLICATION RECEIVED
NOV. 12, 1992
ONE DEPOSIT RECEIVED
NOV. 12, 1992   MAR 23 1992
TWO DEPOSITS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages